**No. 39521.**—Protest 841617–G of De Simone Bros., Inc. (New York).

Opinion by CLINE, J. It appeared that the merchandise consists of olive oil in drums imported from Tunisia and that the immediate containers were marked "Made in France." As Tunisia was the country of origin of the olive oil it was held that it was not legally marked and the protest was overruled. *Mitsui* v. *United States* (T. D. 49357) followed. *Imperial Linens* v. *United States* (T. D. 49188), *Murbas* v. *United States* (T. D. 48089), and *Lorillard* v. *United States* (24 C. C. P. A. 90, T. D. 48412) distinguished.

**No. 39522.**—Protest 933137–G of Hudson Forwarding & Shipping Co., Inc. (New York).

Opinion by CLINE, J. The protest, not having been filed in time, was dismissed.

**No. 39523.**—Protests 815966–G, etc., of Alliance Distributors, Inc., et al. (New York).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, OCTOBER 4, 1938

**No. 39524.**—Protests 418579–G, etc., of Ferdinand Bing & Co.'s Successors (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel boxes, bottles, vases, coupes, atomizers, sugars, plates, inkstands, trays, photo frames, salts, cruets, centerpieces, candlesticks, baskets, menu holders, bookends, cachepots, jardinieres, and lamps were held dutiable at 40 percent under paragraph 339. *United States* v. *Friedlaender* (21 C. C. P. A. 103, T. D. 46445), *Dow* v. *United States* (id. 282, T. D. 46816), *Woolworth* v. *United States* (T. D. 47857), and *Rice* v. *United States* (T. D. 49373) cited.